Larry W. Smith, Esq.   SBN: 89148
LAW OFFICE OF LARRY W. SMITH
4221 Wilshire Blvd., Suite 133
Los Angeles, CA 90010
Telephone: (323) 932-1212
Facsimile: (323) 932-6999

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>AGUSTIN VASQUEZ,<br><br>Debtor. | Case No.: **2:11-bk-49927-VZ**<br><br>Chapter 13<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO A MATERIAL DEFAULT OF A PLAN PROVISION**<br><br>Date:   March 16, 2015<br>Time:  11:00 am<br>Place:  Crtrm 1368<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

The Debtor Opposes the Trustee's Motion to Dismiss Due to a Material Default of a Plan Provision based on the foregoing:

The Debtor will pay off the balance before the above hearing date.

///
///
///
///

**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO A
MATERIAL DEFAULT OF A PLAN PROVISION**

1

2       WHEREFORE, Debtor respectfully request that the Chapter 13 Trustee's Motion to
3 Dismiss Due to a Material Default of a Plan Provision be denied and that the Chapter 13 Plan
4 remain in full effect.

5

6 Dated: February 28, 2015                               LAW OFFICES OF LARRY W. SMITH

7

8

9                                                      Larry W. Smith, Attorney for Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO A
MATERIAL DEFAULT OF A PLAN PROVISION**

| In re: | | CHAPTER: 13 |
|---|---|---|
| **Agustin Vasques** | Debtor(s). | CASE NUMBER: **2:11-bk-49927-VZ** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4221 Wilshire Blvd., Suite 133
Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled (*specify*): __Debtor's Opposition to Trustee's Motion to Dismiss Due to a Material Default of a Plan Provision__   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __February 28, 2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

America's Servicing Co. c/o Donna R Harris, Wells Fargo Bank NA - Donna. R.Harris@wellsfargo.com
America's Servicing Co. c/o Anjanee M Molock, Wells Fargo Bank NA - anjanee.molock@wellsfargo.com
Americas Servicing Company c/o Joe M Lozano, Jr, Vander Linden & Wernick P C - notice@NBSDefaultServices.com
Courtesy NEF Ramesh Singh, Recovery Management Systems Corp - claims@recoverycorp.com
Nancy K Curry (TR) - ecfnc@trustee13.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge __will be completed__ no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge __will be completed__ no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 28, 2015 | Victoria Castrellon | */s/ V. Castrellon* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                9013-3.1.PROOF.SERVICE